IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KHETPAPOL LIMPHOKA and**
**PUNNADA LIMPHOKA,**

    Plaintiffs,

v.                                          Case No. 1:23-cv-229-AW-MJF

**KIKA SCOTT, in her official capacity as**
**Acting Director of United States**
**Citizenship and Immigration Services,**
**and KRISTI NOEM, in her official**
**capacity as Secretary of the United States**
**Department of Homeland Security,**

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiffs Khetpapol and Punnada Limphoka sued the United States Director of United States Citizenship and Immigration Services and the Secretary of the United States Department of Homeland Security in their official capacities. The officials have since been replaced, and the current officeholders are substituted automatically. *See* Fed. R. Civ. P. 25(d).

Plaintiffs' claim was that Defendants acted arbitrarily and capriciously in denying their petition for a certain immigration status based on investment in the United States. Defendants moved for summary judgment, and the magistrate judge recommends that the court grant Defendants' motion. ECF No. 25. Plaintiffs have

1

not filed any objection to the report and recommendation, and their deadline to do so has passed.

Having carefully considered the matter, I agree with the magistrate judge. Plaintiffs have shown disagreement with Defendants' decision, but they have not shown that the decision was arbitrary or capricious. Plaintiffs point to nothing in the record from which the court could conclude Defendants' decision was not adequately supported. And Defendants have shown that the decision was supported by substantial evidence.

I now incorporate the report and recommendation and incorporate it into this order. Defendants' motion for summary judgment (ECF No. 22) is GRANTED. The clerk will enter judgment that says, "Plaintiffs' claims are dismissed on the merits. Plaintiffs shall take nothing." The clerk will then close the file.

SO ORDERED on February 17, 2025.

s/ *Allen Winsor*  
United States District Judge